IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JAMES E. JORDAN, JR., #04378095 | § | |
| VS. | § | CIVIL ACTION NO. 5:07cv5 |
| WARDEN, F.C.I. TEXARKANA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's petition challenges the Bureau of Prison's decision regarding Petitioner's placement in a Community Corrections Center."

Petitioner filed objections to the Report. Petitioner incorrectly contends that his claims are not subject to the administrative grievance process.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit. The Court finds that the Magistrate Judge's findings and conclusions are correct and the Court adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS, ADJUDGES,** and **DECREES** that this action is **DISMISSED WITHOUT PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 30th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE